**Dismissed and Opinion Filed November 9, 2016.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00089-CV

### DELINDA BREWSTER, Appellant
### V.
### AMERICAN HOMES 4 RENT PROPERTIES TWO, LLC, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-00021-D**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Myers

Appellant's brief in this case is overdue. After appellant failed to respond to our letter regarding the reporter's record, we ordered this appeal submitted without a reporter's record and appellant's brief to be filed by August 28, 2016. By postcard dated August 30, 2016, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to comply would result in dismissal of this appeal without further notice. To date, appellant has not filed her brief, requested an extension of time to file her brief, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

160089F.P05

/Lana Myers/
LANA MYERS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DELINDA BREWSTER, Appellant

No. 05-16-00089-CV        V.

AMERICAN HOMES 4 RENT
PROPERTIES TWO, LLC, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-16-00021-D.
Opinion delivered by Justice Myers. Justices
Lang and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 9th day of November, 2016.